**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**EASTERN DIVISION**

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| VS. | ) | CR. NO. 1:19-10031-STA |
| TRAVIS LAMONT COLE, | ) | |
| Defendant. | ) | |

---

**ORDER ON CHANGE OF PLEA**
**AND NOTICE OF SETTING**

---

This cause came to be heard on May 17, 2019, Assistant United States Attorney, Vic Ivy, appearing for the Government and the defendant, Travis Lamont Cole, appearing in person, and with counsel, LaRonda Martin.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, AUGUST 27, 2019 at 11:00 A.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 17th day of May, 2019.

                                                  s/ S. Thomas Anderson
                                                 CHIEF JUDGE, U. S. DISTRICT COURT